**1619 BURTON vs. TUITE** (City Treasurer), 78 M., 363, 7 L. R. A., 73-824.

To compel respondent to allow relator to examine and have access to certain records in the city treasurer's office, in compliance with Act No. 205, Laws of 1889.

Granted December 28, 1889.

Respondent was afterwards adjudged guilty of contempt by reason of disobedience of the writ, 80 M., 218.

**1620 DAY vs. BUTTON** (Register of Deeds), No. 13593.

To compel respondent to furnish to relator proper and reasonable facilities for the inspection and examination of the records and files in respondent's office, and for making memoranda or transcripts therefrom, provided for by Act No. 205, Laws of 1889.

Granted, with costs, June 28, 1893, ruled by No. 1619.

**1621 BURTON vs. REYNOLDS** (County Clerk, Wayne), No. 15476; 3 D. L. N., 447; 68 N. W., 217.

To compel respondent to permit relator, who is engaged in the business of making abstracts of titles to land, to inspect, examine and copy from file No. 8982, and from any other files in his office.

The circuit judge denied the writ. Affirmed, with costs, July 28, 1896.

Held, that until a case has been before the court for some judicial action, the files and records therein are not public records, and that there was no showing for such a necessity as established a legal right to inspect the record referred to.